IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|   Duckens Delisfort | ) | |
|   Gilberte Elda Delisfort | ) | CASE NO. 09-85818-jb |
| | ) | |
|   Debtors. | ) | JUDGE BIHARY |
| Duckens Delisfort, and | ) | |
| Gilberte Elda Delisfort | ) | |
|   Plaintiffs, | ) | |
|              v. | ) | ADV. NO. _____ |
| Wells Fargo Bank, | ) | |
|   Defendant. | ) | |

## COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURTIY AND RELEASE OF WELLS FARGO BANK N.A.'S UNDERLYING LIEN ON DEBTOR'S PROPERTY

NOW COME the Plaintiffs, DUCKENS DELISFORT, AND GILBERTE ELDA DELISFORT, by their attorneys, Robert J. Semrad & Associates, and states as follows:

1.

The Plaintiffs filed a petition under Chapter 13 of the U. S. Bankruptcy Code on October 2, 2009.

2.

This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3.

This is a core proceeding within the meaning of § 157(B) (1) and (2) of Title 28, United States Code.

4.

Venue is proper pursuant to § 1409 of Title 28, United States Code.

5.

This Honorable Court has not confirmed the Plaintiffs' Chapter 13 Plan.

6.

The Defendant, Wells Fargo Bank, is a corporation.

7.

The Plaintiffs is the owner of a house located at 2686 Summerfield Ct, Lawrenceville, GA 30044.

8.

Debtor obtained an appraisal of the property indicating the value of 2686 Summerfield Ct, Lawrenceville, GA 30044 as $155,000.00. This appraisal was performed on November 20, 2009, by Princeton Valuation. See Exhibit A.

9.

Everhome Mortgage Company holds a first mortgage lien on the real property commonly known as 2686 Summerfield Ct, Lawrenceville, GA 30044. Everhome has a filed proof of claim, number 8, for the amount of $185.101.80.

10.

Wells Fargo Bank holds a second mortgage lien on the real property commonly known as 2686 Summerfield Ct, Lawrenceville, GA 30044. Debtor currently owes approximately $9,203.98 on the second mortgage. Wells Fargo has filed claim number 9.

11.

The amount owed to Everhome Mortgage for the first mortgage exceeds the value of the subject property, leaving nothing for Defendant's claim for the second mortgage to

attach to. Defendant's second mortgage should be cancelled pursuant to §506 and §1327 (b) (2).

WHEREFORE, the Plaintiffs, DUCKENS DELISFORT, AND GILBERTE ELDA DELISFORT, pray this Honorable Court for the following relief:

A. That this Court hold that the interest of the Defendant with respect to the second mortgage on real estate located at 2686 Summerfield Ct, Lawrenceville, GA 30044.

B. The Defendant is ordered to cancel and release its underlying second mortgage on the Plaintiffs' real estate located at 2686 Summerfield Ct, Lawrenceville, GA 30044, and provide to Plaintiffs proof thereof within 30 days.

C. That the Plaintiffs have such and other relief as the Court may deem just and proper.

Respectfully submitted,

Ryan Williams      /s/
Ryan Williams
GA Bar No. 940874
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303
(678) 668-7162

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Duckens Delisfort | ) | |
| Gilberte Elda Delisfort | ) | CASE NO. 09-85818-jb |
| | ) | |
| Debtors. | ) | JUDGE BIHARY |
| Duckens Delisfort, and | ) | |
| Gilberte Elda Delisfort | ) | |
| Plaintiffs, | ) | |
| v. | ) | ADV. NO. _____ |
| Wells Fargo Bank, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury, that I am more than eighteen years of age and that I have this day served a copy of the within complaint of the Debtor pursuant to 11 U.S.C § 506(A) and Bankruptcy Rule 3012 to determine the value of security and release of Wells Fargo Bank's underlying lien of Debtor's property and the Summons upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

**Mary Ida Townson**
Chapter 13 Trustee
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303

**Duckens Delisfort**
**Gilberte Elda Delisfort**
2686 Summerfield Court
Lawrenceville, GA 30044

**Wells Fargo Bank N.A.**
**Attn: Gary Propstein**
4137 121st Street
Urbandale, IA 50323

**CORPORATION SERVICE COMPANY**
40 TECHNOLOGY PARKWAY SOUTH
SUITE 300
NORCROSS GA 30092

**Carrie Tolstedt**
101 N. Phillips Avenue
Sioux Falls SD 57104

**Everhome Mortgage Company**
Attn: Default Cash
8100 Nations Way
Jacksonville, FL 32256

**C T CORPORATION SYSTEM**
1201 PEACHTREE ST NE
ATLANTA GA 30361

**GARY A MEEKS**
501 RIVERSIDE AVENUE
12TH FLOOR
JACKSONVILLE FL 32202

*[See attached list for mailing matrix]*

This 16th day of April, 2010:

Ryan Williams      /s/
Ryan Williams
GA Bar No. 940874
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303
(678) 668-7162

Label Matrix for local noticing
113E-1
Case 09-85818-jb
Northern District of Georgia
Atlanta
Fri Apr 16 13:32:56 EDT 2010

American Honda Finance Corporation
c/o Hale, Dewey & Knight, PLLC
88 Union Ave., Ste. 700
Memphis, TN 38103-5128

EverHome Mortgage Company
C/O Shapiro & Swertfeger
2872 Woodcock Boulevard
Suite 100
Atlanta, Ga 30341-4015

EverHome Mortgage Company, Its Successors Or
Shapiro & Swertfeger
2872 Woodcock Boulevard
Suite 100
Atlanta, GA 30341-4015

Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303-3315

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Asaf Allem MD PC
2150 Peachford Road
Atlanta, GA 30338-6520

Bank Of America
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420-6012

Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713

Citibank Usa
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Collection
Attn: Bankrutpcy Department
Po Box 10587
Greenville, SC 29603-0587

Collection Svc Of Athe
110 Newton Bridge Rd Bld
Athens, GA 30607-1163

Comcast
PO Box 530099
Atlanta, GA 30353-0099

DEPARTMENT STORES NATIONAL BANK/MACYS
NCO FINANCIAL SYSTEMS, INC.
PO BOX 137
COLUMBUS, GA  31902-0137

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio  43054-3025

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850-5316

Er Solutions
Po Box 9004
Renton, WA 98057-9004

Everhome Mortgage Co
Attn: Bankruptcy
8100 Nationsway
Jacksonville, FL 32256-4405

Everhome Mortgage Company
8100 Nations Way
Jacksonville, FL 32256-4405
Attn: Default Cash

Gemb/care Credit
Po Box 981439
El Paso, TX 79998-1439

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jeanty Beaubrun
2686 Summerfield Court
Lawrenceville, GA 30044-7403

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040-8053

NBT Bank NA
52 South Broad Street
Norwich, NY 13815-1699

Nbt
20 Mohawk St
Canajoharie, NY 13317-1144

Northside Hospital
PO Box 101757
Atlanta, GA 30392-1757

Online Collections
202 W Fire Tower Rd
Winterville, NC 28590-8412

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK VA 23541-1067

Publix Employees Fed C
3005 Us Hwy 92 W.
Lakeland, FL 33801

Publix Employees Federal Credit Union
PO Box 1000
Lakeland, FL 33802-1000

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Shimley's Roof Design Center
5004 Stone Mountain Hwy
Lilburn, GA 30047-5732

Stream Energy
PO Box 105522
Atlanta, GA 30348-5522


WALTON ENERGY INC
c/o ONLINE Collections
P. O. Box 1489
Winterville, NC 28590-1489

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Waste Industries
2340 Pleasantdale Road
Atlanta, GA 30340-3102


Wells Fargo Bank N.A.
4137 121st Street
Urbandale, IA 50323-2310

Wf Fin Bank
Wells Fargo Financial
4137 121st St
Urbandale, IA 50323-2310

eCAST Settlement Corporation assignee of Cha
Bank USA NA
POB 35480
Newark NJ 07193-5480


Craig Z. Black
Robert J. Semrad & Associates, LLC
Suite 3600
101 Marietta Street
Atlanta, GA 30303-2716

Duckens Delisfort
2686 Summerfield Court
Lawrenceville, GA 30044-7403

Gilberte Elda Delisfort
2686 Summerfield Court
Lawrenceville, GA 30044-7403


Mary Ida Townson
Chapter 13 Trustee
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303-1906


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance
Po Box 168088
Irving, TX 75016

Internal Revenue Service
PO Box 105404
Atlanta, GA 30348-5404

Wachovia Bank, National Assoc
Bankruptcy Dept VA7359
P.O. Box 13765
Roanoke, VA 24037


End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42

# Exhibit A





## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
2686 SUMMERFIELD COURT
LAWRENCEVILLE, GA 30044-7403
DIST. 7, L.L. 2, PHASE 2, LOT 30, SYCAMORE CROSSING S/D

**FOR:**
DUCKENS & GILBERTE DELISFORT
2686 SUMMERFIELD COURT
LAWRENCEVILLE, GA, 30044

**AS OF:**
11/20/2009

**BY:**
STEPHEN P. CHAMBLEE
PRINCETONVALUATION
(404) 271 - 3139
STEPHEN.CHAMBLEE@PRINCETONVALUATION.COM
WWW.PRINCETONVALUATION.COM
WE VALUE THE AMERICAN DREAM

# SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | **2686 SUMMERFIELD COURT** |
| | Legal Description | **DIST. 7, L.L. 2, PHASE 2, LOT 30, SYCAMORE CROSSING S/D** |
| | City | **LAWRENCEVILLE** |
| | County | **GWINNETT** |
| | State | **GA** |
| | Zip Code | **30044-7403** |
| | Census Tract | **0505.19** |
| | Map Reference | **AERO809B10** |
| **SALES PRICE** | Sale Price | **$** |
| | Date of Sale | |
| **CLIENT** | Borrower | **DUCKENS & GILBERTE DELISFORT** |
| | Lender/Client | **DUCKENS & GILBERTE DELISFORT** |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | **2,384** |
| | Price per Square Foot | **$** |
| | Location | **SUBURB/AVG** |
| | Age | **1994 - 15 YEARS** |
| | Condition | **GOOD-UPDATED** |
| | Total Rooms | **8** |
| | Bedrooms | **4** |
| | Baths | **2.5** |
| **APPRAISER** | Appraiser | **STEPHEN P. CHAMBLEE** |
| | Date of Appraised Value | **11/20/2009** |
| **VALUE** | Opinion of Value | **$ 155,000** |

Prince of VALUATION (404)-271-4400 File No.: 2686 SUMMERFIELD COURT_DELISFORT[ Page #4 of 26]

# RESIDENTIAL APPRAISAL SUMMARY REPORT

| | |
|---|---|
| Property Address: **2686 SUMMERFIELD COURT** | File No.: **2686 SUMMERFIELD COURT** |

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address: **2686 SUMMERFIELD COURT** | City: **LAWRENCEVILLE** | State: **GA** | Zip Code: **30044-7403** |
| County: **GWINNETT** | Legal Description: **DIST. 7, L.L. 2, PHASE 2, LOT 30, SYCAMORE CROSSING S/D** | | |
| | | Assessor's Parcel #: **7-002-265** | |
| Tax Year: **2008** | R.E. Taxes: $ **1,788** | Special Assessments: $ **NONE** | Borrower (if applicable): **DUCKENS & GILBERTE DELISFORT** |
| Current Owner of Record: **DUCKENS & GILBERTE DELISFORT** | | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | ☐ Manufactured Housing |
| Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) | | HOA: $ **65** ☒ per year ☐ per month | |
| Market Area Name: **SYCAMORE CROSSING S/D** | | Map Reference: **AERO809B10** | Census Tract: **0505.19** |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: **THE INTENDED USE IS TO DETERMINE THE SUBJECTS ESTIMATED MARKET VALUE**

Intended User(s) (by name or type): **THE INTENDED USER OF THIS REPORT IS DUCKENS & GILBERTE DELISFORT**
Client: **DUCKENS & GILBERTE DELISFORT** Address: **2686 SUMMERFIELD COURT, LAWRENCEVILLE, GA 30044**
Appraiser: **STEPHEN P. CHAMBLEE** Address: **5079 PINE BARK CIRCLE, DUNWOODY, GA 30338**

**ASSIGNMENT**

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 80 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 95 | | | 2-4 Unit | % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | Low 25 | NEW | Multi-Unit | 3 % | * To: |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | High 268 | 53 | Comm'l | 10 % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | Pred 114 | 15 | VACANT | 7 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): **BOUND TO THE NORTH BY HIGHWAY 316, TO THE EAST BY BEAVER RUIN ROAD, TO THE SOUTH BY RONALD REAGAN PARKWAY, AND TO THE WEST BY HIGHWAY 124 (SEE COMMENT ADDENDUM FOR ADDITIONAL INFORMATION)**

**SITE DESCRIPTION**

Dimensions: **SEE ATTACHED PLAT MAP** Site Area: **+-0.29 ACRES**
Zoning Classification: **AA083** Description: **SINGLE FAMILY RESIDENTIAL**
Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown Have the documents been reviewed? ☐ Yes ☒ No Ground Rent (if applicable) $ **N/A/**
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: **SINGLE FAMILY RESIDENTIAL** Use as appraised in this report: **SINGLE FAMILY RESIDENTIAL**
Summary of Highest & Best Use: **THE SUBJECTS CURRENT USE IS CONSIDERED TO BE THE HIGHEST AND BEST USE.**

| Utilities | Public | Other | Provider/Description | Off-site improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | **ASPHALT** | ☒ | ☐ | Topography | **MOSTLY LEVEL** |
| Gas | ☒ | ☐ | | Curb/Gutter | **CONCRETE** | ☒ | ☐ | Size | **TYPICAL** |
| Water | ☒ | ☐ | | Sidewalk | **YES/TYPICAL** | ☒ | ☐ | Shape | **IRREGULAR** |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | **YES/TYPICAL** | ☒ | ☐ | Drainage | **APPEARS ADEQUATE** |
| Storm Sewer | ☒ | ☐ | | Alley | **NONE/TYPICAL** | ☐ | ☐ | View | **RESIDENTIAL** |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone **X** FEMA Map # **13135C0086F** FEMA Map Date **9/29/2006**
Site Comments: **THERE ARE NO KNOWN OR APPARENT ADVERSE ENVIRONMENTAL CONDITIONS THAT WOULD NEGATIVELY IMPACT THE VALUE OR MARKETABILITY OF THE SUBJECT PROPERTY. NO ADVERSE EASEMENT, ENCROACHMENTS OR SPECIAL ASSESSMENTS WERE NOTED AT THE TIME OF INSPECTION. ALL USAGE APPEARS TO BE LEGAL AND CONFORMING. NO SURVEY OR TITLE SEARCH WAS PROVIDED TO THE APPRAISER FOR REVIEW.**

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | **ONE** ☐ Acc.Unit | Foundation | **POURED CONC** | Slab | **CONCRETE** | Area Sq. Ft. | N/A | Type | **FWA** |
| # of Stories | **TWO STORY** | Exterior Walls | **BRICK/FRAME** | Crawl Space | **NOT APPLICAB** | % Finished | N/A | Fuel | **GAS** |
| Type ☒ Det. ☐ Att. | | Roof Surface | **COMP.SHNGLE** | Basement | **NOT APPLICAB** | Ceiling | N/A | | |
| Design (Style) | **2S-TRAD/AVG** | Gutters & Dwnspts. | **METAL/METAL** | Sump Pump ☐ | | Walls | N/A | Cooling | **CAC** |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | **WOOD DH** | Dampness ☐ | | Floor | N/A | Central | **YES** |
| Actual Age (Yrs.) | **1994 - 15 YEARS** | Storm/Screens | **THERM** | Settlement | **NONE NOTED** | Outside Entry | N/A | Other | |
| Effective Age (Yrs.) | **7 YEARS** | | | Infestation | **NONE NOTED** | | | | |

| Interior Description | | Appliances | | Attic | ☒ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | **WOOD/CARPET/GOOD** | Refrigerator | ☐ | Stairs ☐ | | Fireplace(s) # **ONE** | Woodstove(s) # | Garage # of cars ( Tot.) | |
| Walls | **DRYWALL/GOOD** | Range/Oven | ☒ | Drop Stair ☐ | | Patio **CONCRETE** | | Attach. **X** 2 CAR ATT | |
| Trim/Finish | **WOOD/GOOD** | Disposal | ☒ | Scuttle ☐ | | Deck **N/A** | | Detach. N/A | |
| Bath Floor | **WD/VINYL/GOOD** | Dishwasher | ☒ | Doorway ☐ | | Porch **N/A** | | Blt.-In N/A | |
| Bath Wainscot | **TILE/FBRGLS/GOOD** | Fan/Hood | ☒ | Floor ☐ | | Fence **WOOD** | | Carport N/A | |
| Doors | **WOOD/GOOD** | Microwave | ☒ | Heated ☐ | | Pool **N/A** | | Driveway **X** 2 CAR | |
| | | Washer/Dryer | ☐ | Finished ☐ | | OTHER **STOOP** | | Surface **CONCRETE** | |

Finished area above grade contains: **8** Rooms **4** Bedrooms **2.5** Bath(s) **2,384** Square Feet of Gross Living Area Above Grade
Additional features: **SEE COMMENT ADDENDUM**

Describe the condition of the property (including physical, functional and external obsolescence): **SEE COMMENT ADDENDUM**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

Main File No.: 2686 SUMMERFIELD COURT - DELISFORM Page 9 of 20

2686 SUMMERFIELD COURT
File No.: 2686 SUMMERFIELD COURT

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): **TAX RECORDS, DEED RECORDS, FMLS, MLS**

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: **UNLESS OTHERWISE NOTED, THERE** |
|---|---|
| Date: 07/02/2001 | **WERE NO ADDITIONAL PRIOR SALES NOTED FOR THE SUBJECT AND COMPARABLES** |
| Price: 177,500 | |
| Source(s): TAX RECORDS | |
| 2nd Prior Subject Sale/Transfer | |
| Date: NO ADDITIONAL | |
| Price: SALES FOUND | |
| Source(s): DEED / TAX RECORDS | |

## SALES COMPARISON APPROACH

SALES COMPARISON APPROACH TO VALUE (if developed)  ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2686 SUMMERFIELD COURT | 690 WYNDHAM PLACE CIRCLE | | 2681 SUMMERFIELD COURT | | 775 WYNDHAM PLACE CIRCLE | |
| | LAWRENCEVILLE, GA 30044-7403 | LAWRENCEVILLE GA 30044 | | LAWRENCEVILLE GA 30044 | | LAWRENCEVILLE GA 30044 | |
| Proximity to Subject | | 0.08 miles SW | | 0.05 miles NW | | 0.13 miles NW | |
| Sale Price | $ | | $ 187,000 | | $ 137,000 | | $ 151,000 |
| Sale Price/GLA | $ /sq.ft. | $ 83.48 /sq.ft. | | $ 58.15 /sq.ft. | | $ 57.35 /sq.ft. | |
| Data Source(s) | OWNER/TAX | FMLS / REDLINK / TAX / VIS | | FMLS / REDLINK / TAX / VIS | | FMLS / REDLINK / TAX / VIS | |
| Verification Source(s) | INSPECTION | FMLS# 3895488  DOM: 77 | | FMLS# 3827063  DOM: 114 | | FMLS# 3820356  DOM: 99 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | FHA | | CONVENTIONAL | | FHA | |
| Concessions | N/A | SLR PD: 5464 | | SLR PD: 4561 | | SLR PD: 4700 | |
| Date of Sale/Time | N/A | 08/12/2009 | | 06/30/2009 | | 03/30/2009 (TIME) | -8,600 |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | SUBURB/AVG | SUBURB/AVG | | SUBURB/AVG | | SUBURB/AVG | |
| Site | +-0.29 ACRES | +-0.28 ACRES | | +-0.45 ACRES | | +-0.30 ACRES | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | 2S-TRAD/AVG | RANCH/AVG | | 2S-TRAD/AVG | | 2S-TRAD/AVG | |
| Quality of Construction | BRICK/FRAME/AV | BRICK/FRAME/AV | | BRICK/FRAME/AV | | STUCCO/FRM/AVG | +5,000 |
| Age | 1994 - 15 YEARS | 1993 - 16 YEARS | | 1994 - 15 YEARS | | 1998 - 11 YEARS | |
| Condition | GOOD-UPDATED | GOOD-UPDATED | | AVG - AS IS | +10,000 | AVG - AS IS | +10,000 |
| Above Grade | Total 8 Bdrms 4 Baths 2.5 | Total 7 Bdrms 3 Baths 2 | +1,500 | Total 8 Bdrms 4 Baths 2.5 | | Total 8 Bdrms 4 Baths 3 | -1,500 |
| Room Count | | | | | | | |
| Gross Living Area | 2,384 sq.ft. | 2,240 sq.ft. | +3,300 | 2,356 sq.ft. | 0 | 2,633 sq.ft. | -5,700 |
| Basement & Finished | 0SLAB | 2,219 SF TOTAL | -22,190 | 0SLAB | 0 | 0CRAWL | 0 |
| Rooms Below Grade | N/A | 0% SF FINISH | 0 | N/A | 0 | N/A | 0 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 2 CAR ATTACHED | 2 CAR ATTACHED | | 2 CAR ATTACHED | | 2 CAR ATTACHED | |
| Porch/Patio/Deck | STOOP/PATIO | STOOP/DECK | | STOOP/DECK | | STOOP/DECK | |
| FIREPLACE(S) | 1 FIREPLACE | 1 FIREPLACE | | 1 FIREPLACE | | 1 FIREPLACE | |
| FENCE / POOL | FENCE | NONE | | NONE | +1,000 | NONE | +1,000 |
| ADDITIONAL INFO | OWNER OCCUPIED | MARKET SALE | | BANK SALE | | BANK SALE | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -17,390 | ☒ + ☐ - | $ 11,000 | ☒ + ☐ - | $ 200 |
| Adjusted Sale Price | | Net 9.3 % | | Net 8.0 % | | Net 0.1 % | |
| of Comparables | | Gross 14.4 % $ 169,610 | | Gross 8.0 % $ 148,000 | | Gross 21.1 % $ 151,200 | |
| Summary of Sales Comparison Approach | | SEE COMMENT ADDENDUM | | | | | |

Indicated Value by Sales Comparison Approach $ 155,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

RESIDENTIAL APPRAISAL SUMMARY REPORT                                                                     2686 SUMMERFIELD COURT
Main File No.: 2686 SUMMERFIELD COURT_DELISFORT  Page #6 of 26
File No.: 2686 SUMMERFIELD COURT

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

**BASED ON MARKET EXTRACTION ANALYSIS UTILIZING THE COMPARABLE SALES INCLUDED HEREIN AND/OR IMMEDIATE MARKET AREA. THE** THE SUBJECT'S ESTIMATED SITE VALUE IS SUBJECT'S LAND TO IMPROVEMENT RATIO IS TYPICAL FOR THE AREA.

ACCORDING TO TAX RECORDS, THE SUBJECTS LAND VALUE IS: $42,200

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 42,200 |
|---|---|---|
| Source of cost data: MARSHAL&SWIFT/BUILDERS.NET/LOCAL BUILDERS | DWELLING Sq.Ft. @ $ | =$ |
| Quality rating from cost service: AVG  Effective date of cost data: 2009 | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ |
| ESTIMATED COSTS FOR THE SUBJECTS IMPROVEMENTS ARE BASED ON | Sq.Ft. @ $ | =$ |
| MARSHALL&SWIFT, BUILDER-COST.NET, CONSTRUCTION DATA | Sq.Ft. @ $ | =$ |
| PROVIDED BY BUILDERS IN THE LOCAL MARKET AREA AND THE | | |
| APPRAISERS KNOWLEDGE OF CONSTRUCTION COSTS. DUE TO | Garage/Carport Sq.Ft. @ $ | =$ |
| DEPRECIATION, THE COST APPROACH IS NOT CONSIDERED AN | Total Estimate of Cost-New | =$ |
| ACCURATE INDICATOR OF VALUE REGARDING HOMES OF THE | Less Physical Functional External | |
| SUBJECT'S AGE AND SHOULD NOT BE RELIED UPON IN REGARDS TO | Depreciation | =$( ) |
| THE SUBJECT'S ESTIMATED MARKET VALUE. THE COST APPROACH IS | Depreciated Cost of Improvements | =$ |
| CONSIDERED MEANINGLESS DUE TO THE AGE OF THE SUBJECT | "As-is" Value of Site Improvements | =$ |
| PROPERTY. | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required): 53 Years | INDICATED VALUE BY COST APPROACH | =$ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ NOT DEVELOP X Gross Rent Multiplier NOT DEVELOP = $ NOT DEVELOPED  Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM): THE INCOME APPROACH WAS NOT APPLICABLE DUE TO THE AREA BEING PREDOMINANTLY OWNER OCCUPIED.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: SYCAMORE CROSSING

Describe common elements and recreational facilities: COMMON AREAS, SIDEWALKS, STREET LIGHTS AND SIGNAGE

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 155,000   Cost Approach (if developed) $ NOT DEVEL   Income Approach (if developed) $ NOT DEVELO

Final Reconciliation  SEE COMMENT ADDENDUM

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: SEE COMMENT ADDENDUM

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 155,000  , as of: 11/20/2009  , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 26 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

## ATTACHMENTS

Attached Exhibits:
☒ Scope of Work  ☒ Limiting Cond./Certifications  ☐ Narrative Addendum  ☒ Photograph Addenda  ☒ Sketch Addendum
☒ Map Addenda  ☒ Additional Sales  ☐ Cost Addendum  ☐ Flood Addendum  ☐ Manuf. House Addendum
☐ Hypothetical Conditions  ☐ Extraordinary Assumptions

Client Contact:                          Client Name: DUCKENS & GILBERTE DELISFORT
E-Mail:                          Address: 2686 SUMMERFIELD COURT, LAWRENCEVILLE, GA 30044

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *[signature]* Appraiser Name: STEPHEN P. CHAMBLEE | Supervisory or Co-Appraiser Name: |
| Company: PRINCETONVALUATION | Company: |
| Phone: (404) 271-3139  Fax: (404) 529-4458 | Phone:  Fax: |
| E-Mail: STEPHEN@PRINCETONVALUATION.COM | E-Mail: |
| Date of Report (Signature): November 21, 2009 | Date of Report (Signature): |
| License or Certification #: GACR252224  State: GA | License or Certification #:  State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 03/31/2010 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 11/20/2009 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                    3/2007

## ADDITIONAL COMPARABLE SALES

Main File No. 2686 SUMMERFIELD COURT DELISFORT Page #7 of 26

2686 SUMMERFIELD COURT
File No.: 2686 SUMMERFIELD COURT

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2686 SUMMERFIELD COURT | 820 MINOR CREEK WAY | | 3047 CRYSTAL GATE PLACE | | 3250 OAKTREE PARK DRIVE NW | |
| | LAWRENCEVILLE, GA 30044-7403 | LILBURN GA 30047 | | LAWRENCEVILLE GA 30044 | | LAWRENCEVILLE GA 30044 | |
| Proximity to Subject | | 3.16 miles SW | | 2.03 miles S | | 1.28 miles SW | |
| Sale Price | $ | | 151,000 | $ | 132,400 | $ | 165,000 |
| Sale Price/GLA | $ /sq.ft. | $ 69.65 /sq.ft. | | $ 65.51 /sq.ft. | | $ 67.93 /sq.ft. | |
| Data Source(s) | OWNER/TAX | FMLS / REALIST.COM / VIS | | FMLS / REDLINK / TAX / VIS | | FMLS / REALIST.COM / TAX / VIS | |
| Verification Source(s) | INSPECTION | FMLS#: 3915110  DOM: 70 | | FMLS#: 3853618  DOM: 150 | | FMLS#: 3958536  DOM: PENDING | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | CONVENTIONAL | | FHA | | PENDING (-9%) | -14,000 |
| Concessions | N/A | NONE NOTED | | SLR PD: 4027 | | PENDING | |
| Date of Sale/Time | N/A | 09/18/2009 | | 08/21/2009 | | PENDING | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | SUBURB/AVG | SUBURB/AVG | | SUBURB/AVG | | SUBURB/AVG | |
| Site | +-0.29 ACRES | +-0.13 ACRES | | +-0.33 ACRES | | +-0.21 ACRES | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | 2S-TRAD/AVG | 2S-TRAD/AVG | | 2S-TRAD/AVG | | 2S-TRAD/AVG | |
| Quality of Construction | BRICK/FRAME/AV | BRICK/FRAME/AV | | BRICK/FRAME/AV | | STUCCO/FRM/AVG | +5,000 |
| Age | 1994 - 15 YEARS | 2003 - 6 YEARS | | 1996 - 13 YEARS | | 1995 - 14 YEARS | |
| Condition | GOOD-UPDATED | GOOD-UPDATED | | GOOD-UPDATED | | EXCELLENT | -5,000 |
| Above Grade | Total 8 Bdrms 4 Baths 2.5 | Total 7 Bdrms 4 Baths 3 | | Total 7 Bdrms 3 Baths 2.5 | | Total 9 Bdrms 3 Baths 2.5 | |
| Room Count | | | | | | | |
| Gross Living Area | 2,384 sq.ft. | 2,168 sq.ft. | +5,000 | 2,021 sq.ft. | +8,300 | 2,429 sq.ft. | 0 |
| Basement & Finished | 0SLAB | 0SLAB | 0 | 0SLAB | 0 | 0SLAB | 0 |
| Rooms Below Grade | N/A | N/A | 0 | N/A | 0 | N/A | 0 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 2 CAR ATTACHED | 2 CAR ATTACHED | | 2 CAR ATTACHED | | 2 CAR ATTACHED | |
| Porch/Patio/Deck | STOOP/PATIO | STOOP/PATIO | | STP/PTO/DCK | -2,000 | STOOP/PATIO | |
| FIREPLACE(S) | 1 FIREPLACE | 1 FIREPLACE | | 1 FIREPLACE | | 1 FIREPLACE | |
| FENCE / POOL | FENCE | FENCE | | NONE | +1,000 | FENCE | |
| ADDITIONAL INFO | OWNER OCCUPIED | MARKET SALE | | MARKET SALE | | MARKET LISTING | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 3,500 | ☒ + ☐ - | $ 7,300 | ☐ + ☒ - | $ -14,000 |
| Adjusted Sale Price | | Net 2.3 % | | Net 5.5 % | | Net 8.5 % | |
| of Comparables | | Gross 4.3 % | $ 154,500 | Gross 8.5 % | $ 139,700 | Gross 14.5 % | $ 151,000 |

Summary of Sales Comparison Approach

**SALES COMPARISON APPROACH**

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                    3/2007

## Supplemental Addendum

File No. 2686 SUMMERFIELD COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |

**COMMENT ADDENDUM**

This market value opinion, with the effective date of 11/20/2009 was ordered by DUCKENS & GILBERTE DELISFORT who is the client for this report.

**CLARIFICATION OF THE SCOPE OF WORK**

The scope of work for this appraisal assignment is to inspect the subject property with a site inspection, and to complete a full summary report that complies with all U.S.P.A.P., FNMA, HUD, and Georgia Real Estate Classification and Regulation Act as amended August 1, 2006 guidelines / Law. This appraiser utilized the following steps to accomplish the objective:  after inspecting the property, a complete market survey was done, all public and private data services and public records were searched to find and verify other properties which sold within the subject property's area that were similar in style, size, functional utility and market appeal. This information was used to complete the sales or market approach to value.

**NEIGHBORHOOD DESCRIPTION**

The subject is located in the BETHESDA Elementary Schools, and shopping, recreation and employment are all within a reasonable commute. Several major thoroughfares are accessed near the subject and connect the area to neighboring job and trade centers.

Commercial and/or industrial development, if any, within the subject neighborhood is typically located primarily along major traffic arteries, and does not adversely affect the subject property's value or marketability.

**MARKET CONDITIONS**

According to TRULIA.COM, the subject's market area is currently experiencing a market value decline.



According to FMLS, the subject's immediate market area (per BETHESDA SCHOOL DISTRICT) is also experiencing a market value decline.

Comments regarding subject's market area:  Current market conditions within the subjects market area (Per BETHESDA SCHOOL DISTRICT ) is as follows (per FMLS and/or GAMLS)

## Supplemental Addendum

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | File No. 2686 SUMMERFIELD COURT |
|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | |
| City | LAWRENCEVILLE | County GWINNETT | State GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | |

### SALES WITHIN THE SUBJECT'S MARKET AREA DURING THE PREVIOUS 12 MONTHS

| Date | Average Sale | Median Sale | Median List | Median DOM | Sample # | Closing Cost |
|---|---|---|---|---|---|---|
| 11/20/2009 | $100,488 | $102,500 | $117,450 | 31 | 8 | $2,667 |
| 10/20/2009 | $96,286 | $105,000 | $119,900 | 41 | 7 | $3,681 |
| 9/20/2009 | $108,780 | $113,500 | $124,400 | 122 | 10 | $3,028 |
| 8/20/2009 | $123,457 | $119,000 | $119,923 | 65 | 7 | $5,042 |
| 7/20/2009 | $105,000 | $98,500 | $112,400 | 90 | 10 | $1,925 |
| 6/20/2009 | $123,771 | $121,900 | $133,900 | 50 | 7 | $3,303 |
| 5/20/2009 | $118,000 | $117,500 | $110,000 | 35 | 5 | $3,046 |
| 4/20/2009 | $103,333 | $107,500 | $122,400 | 59 | 6 | $2,912 |
| 3/20/2009 | $126,133 | $117,000 | $134,900 | 53 | 13 | $6,753 |
| 2/20/2009 | $67,407 | $86,550 | $89,998 | 25 | 3 | $1,815 |
| 1/20/2009 | $113,000 | $124,000 | $129,900 | 76 | 6 | $2,872 |
| 12/20/2008 | $133,725 | $132,450 | $156,200 | 104 | 4 | $4,132 |



Average and Median Sales By Month



Average, Median and List Price Per 6 -3 - 3 Month Period

### 1004 MC Data

| Inventory Analysis | 7 to 12 Mo | 4 to 6 Mo | 3 to 0 Mo |
|---|---|---|---|
| Total # Comparable Sales (Settled) | 37 | 24 | 25 |
| Absorption RateTotal (Sales/Months) | 6.2 | 8.0 | 8.3 |
| Total # of ComparableActive Listings | N/Avail | N/Avail | 49 |
| Months of Housing Supply (Total Listings/Ab. Rate) | N/Avail | N/Avail | 5.9 |
| **Median Sale & List Price, DOM, List/Sale Ratio** | **7 to 12 Mo** | **4 to 6 Mo** | **3 to 0 Mo** |
| Median Comparable Sales Price | $117,500 | $116,000 | $107,000 |
| Median Comparable Sales Price Days on Market | 54 | 60 | 58 |
| Median Comparable List Price | $129,900 | $117,412 | $119,900 |
| Median Comparabe Listings Days on Market | N/Avail | N/Avail | N/Avail |
| Median List to Sales Price Ratio | 90% | 99% | 89% |



**Foreclosure Activity Active Listings**

6%
94%
☑ Foreclosure Listings
☑ Non Foreclosure Listings

**Foreclosure Activity Sales - Last 12 Months**

40%
60%
☑ Foreclosure Sales
☑ Non Foreclosure sales

**Seller Concession:** Concessions reported have been relatively stable as a percentage of the sales price over the past year ranging from 0% to 3% of the median sale price. Since real estate agents are not required to report concessions by Georgia MLS, only reported concessions were analyzed.

**Foreclosures:** During the past year, about 40% of the sold listings and about 6% of the active listing have been bank-owned properties (REO sales). The excessive number of REO's has contributed to the decline in market value over the past year.

**Data Source:** Data source -- FMLS.  Search parameters – BETHESDA SCHOOL DISTRICT – (per inspection date of the subject property).

## Supplemental Addendum

File No. 2686 SUMMERFIELD COURT

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |

**Analysis Summary:** The subject's market is declining in value. The median sale in the past 6 months was $117,500 and the previous 6 months, it was $107,000. This is a decline of 9%. Time adjustments have been made for sales older than 6 months. Homes that have sold within the previous 6 months already reflect the decline in the market and it is reflected in their sales price. The days-on-market in the analysis are unreliable. Agents often allow a property to expire and then relist it. Georgia MLS does not maintain a cumulative days-on-market so a property listed multiple times shows only the days-on-market for the most recent listing.

The monthly supply within the subject's market area is considered to be +-5.9 months. The absorption rate within the subject's market area is considered to be +-8.3 sales per month.

Due to the desirability of the subject's market area, the subject's market area is not considered to be oversupplied. The market areas supply and demand is considered to be stable and marketing times are considered to be 3 to 6 months.

The subject's market area is considered to be in decline due to the seasonality of the real estate cycle and the affects of liquidity constraints and negative economic pressure within the capital markets. Foreclosure activity within the subject's market area is considered to be adverse to the subject's market value. The subject's market value has also been negatively affected by newly developed subdivisions within the market area liquidating inventory at a significant discount in order to stimulate sales activity.

Comments on declining markets

The subject's market area is NOT considered to be oversupplied due to the 5.9 month of available supply. However, the market area is considered to be a declining value market. Historical analysis of the market conditions and sales within the subject market area for the previous 24 months has shown a DECREASE in median sales prices.

## COMMENTS REGARDING FORECLOSURES WITHIN THE SUBJECTS SUBDIVISION

Numerous foreclosures were located within the subject's market area and the effect on market value caused by foreclosure activity is reflected in the sales price of the comparable sales included herein. Paragraph 539-3-.02(1)(c) 1. D., Georgia real estate appraiser classification and regulation act and the rules and regulations of the Georgia real estate appraisers board as amended august 1, 2006.

## ZONING COMPLIANCE

No survey has been provided to this appraiser which may reveal any encroachments, easements, zoning violations, flood zones, or other matters of interest that could warrant modifications of the appraised value. Appraised value is predicated on the assumption that the subject site constitutes a legal "lot of record" and is in compliance with all local, state and federal ordinances, acts and/or regulations. Each municipality will have different zoning and building ordinances which can be extremely detailed. Statements regarding these ordinances are intended only in the most general sense. The subject is zoned for Single-family use and is being used as such. Only in this general sense is it considered to legally comply with the local zoning ordinance. The appraiser has not made a detailed comparison of every property characteristic relative to local zoning and building ordinances that affect this property.

## HIGHEST AND BEST USE

To determine the Highest and Best use of the subject property as improved, the appraiser conducted a thorough analysis. The Analysis consisted of an inspection of the property, a study of the neighborhood, region and trends. The relevant legal, physical, and economic factors were analyzed to the extent necessary and resulted in a conclusion that the current use of the subject property is the highest and best use.

## SITE COMMENTS

A current survey is recommended to verify lot site and flood zone.

## COMMENT REGARDING PREDOMINANT VALUE

The estimated subject value is above the neighborhood predominant value due to the subject's size, quality of construction and features.

## INCOME APPROACH

The income approach was considered but not used because of the limited rental information available. Rental income is not a motivation to purchase in this neighborhood and the income approach is not applicable in this appraisal report.

## COMMENTS ON COST APPROACH

Because of the age of the subject's improvements, the cost approach is not a reliable indicator of value and is not applicable in this report.

## COMMENTS ON SALES COMPARISON

All comparables selected offer good overall similarities to the subject and are representative of both the subject's neighborhood and nearby competing neighborhoods of similar age, size and style homes offering similar buyer appeal. The comparables chosen were utilized because they are considered to be the best available indicators of current market conditions and influences of similar properties within the subject neighborhood. No adjustment for sales concessions was noted, as it is typical for the seller to pay a portion of associated closing cost (unless otherwise noted).

## CONDITION OF THE SUBJECT PROPERTY

Based upon readily observable areas, the subject property is considered to be maintained. Minor physical inadequacies noted at the time of inspection, however these inadequacies are considered typical for the age of the subject property. The floor layout is functionally adequate and typical of other homes within the subject's neighborhood. No external obsolescence was noted at the time of inspection.

## SUBJECT DETAILS

**Description:** The subject property is a brick and frame, 3 bedroom, 2.5 bath improvement built on a concrete slab.

**Exterior:** The exterior of the subject property features a front stoop, rear patio and wood fence

**Interior:** The interior features wood flooring throughout the main level. The family room features a fireplace and a 2 story ceiling.

**Kitchen:** The kitchen includes a built in microwave, laminated countertops and a breakfast area.

Main File No. 2686 SUMMERFIELD COURT DELISFORT Page # 11 of 26

## Supplemental Addendum

File No. 2686 SUMMERFIELD COURT

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |

The home also features many additional improvements that can be typically found in similar homes of this style, size, age, location and condition

The final opinion of the value estimate is positioned toward the higher end of value; yet well within the range of values within the subject's market area. The subject's position within the range of value is not considered to adversely affect the subject's marketability.

All sales used strongly bracket the subject property and are considered reliable indicators of value.

### COMMENTS ON SALES COMPARISON

While it is always the appraiser's goal to utilize sales within the past six months and within one mile of the subject, this is not always possible. The sales utilized were the most recent and nearest with comparable quality of construction and gross living area.

The comparable sale search was expanded beyond the subject's subdivision due to the limited number of similar homes found to have sold from within during the previous 6 to 12 months.

As required by FNMA Selling Guide, Part XI, paragraph 406.2 and the Georgia Real Estate Appraisers Board Paragraph 539-3-.02(1)(c)2.d - A search was conducted in the subject subdivision for comparable sales which have closed within the past 12 months that were similar in size, age, utility and appeal. A limited number of sales were reported in MLS within the subject's subdivision. The search was expanded to an area outside the subject subdivision / PUD. In order to use the most comparable sales outside the subject development, within the past 12 months, properties in excess of the normal 1 mile allowance were needed. This is typical for homes in this market. The sales are within the subject's general market area and no location adjustments were needed.

### COMPARABLE SALE ADJUSTMENT DETAIL

**COMPARABLE 1 - 690 WYNDHAM PLACE CIRCLE**

**Proximity:** This sale is located within the subject's subdivision.

**Date of sale:** This sale last sold within the previous 4 months and therefore did not warrant a time adjustment.

**Room Count:** This comparable was adjusted for the difference in the total number of bathrooms versus that of the subject property.

** This sale exceeded the preferred 10% Net adjustment due to its superior basement feature.

**COMPARABLE 2 - 2681 SUMMERFIELD COURT**

**Proximity:** This sale is located within the subject's subdivision.

**Date of sale:** This sale sold within the previous 6 months and therefore did not warrant a time adjustment.

**Condition:** This comparable warranted an adjustment due to its inferior condition to that of the subject property. This sale is a bank owned AS IS sale. Thusly this sale warranted a condition adjustment.

**ADDITIONAL REMARKS:** This BANK SALE was included due to its location within the subject's subdivision and due to the fact that the subject's market area features a 40% foreclosure rate.

**COMPARABLE 3 – 775 WYNDHAM PLACE CIRCLE**

**Proximity:** This sale is located within the subject's subdivision.

**Date of sale:** This sale last sold in excess of 6 months and therefore warranted a time adjustment.

**Quality of construction:** This comparable warranted an adjustment in regards to its Stucco and Frame exterior versus the subject's Brick and Frame exterior.

**Condition:** This sale is described as a bank owned AS IS sale.  This sale is considered to be of inferior condition to that of the subject property and therefore warranted a condition adjustment.

**Room count:** This comparable was adjusted for the difference in the total number of bathrooms versus that of the subject property.

**Additional remarks:** This BANK SALE was included due to its location within the subject's subdivision and due to the fact that the subject's market area features a 40% foreclosure rate.

**COMPARABLE 4 – 820 MINOR CREEK WAY**

**Proximity:** This comparable was included despite being outside of a 1 mile radius of the subject property because of the good comparability to the subject property, and the fact that the sale is located within a similar and competing market.

**Date of sale:** This sale was included due to its recent date of sale (sold within the previous 63 days)

**Room count:** This comparable was adjusted for the difference in the total number of bathrooms versus that of the subject property.

**Additional remarks:** This sale was included due to its recent date of sale.

**COMPARABLE 5 - 3047 CRYSTAL GATE PLACE**

**Proximity:** This comparable was included despite being outside of a 1 mile radius of the subject property because of the good comparability to the subject property, and the fact that the sale is located within a similar and competing market.

**Date of sale:** This sale sold within the previous 6 months and therefore did not warrant a time adjustment.

**Additional remarks:** This sale was included as additional support towards the subject's estimated market value.

**COMPARABLE 6 - 3250 OAKTREE PARK DRIVE NW**

**Proximity:** This comparable was included despite being outside of a 1 mile radius of the subject property because of the good comparability to the subject property, and the fact that the sale is located within a similar and competing market.

Main File No. 2686 SUMMERFIELD COURT DELISFORT] Page #12 of 20]

## Supplemental Addendum

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | File No. 2686 SUMMERFIELD COURT |
|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | |
| City | LAWRENCEVILLE | County GWINNETT | State GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | |

**Date of sale:** This comparable is a pending sale and therefore warranted a list price versus final sales price adjustment.

**Quality of construction:** This comparable warranted an adjustment in regards to its Stucco and Frame exterior versus the Brick and Frame exterior of the subject property.

**Condition:** This comparable is described as featuring Granite Countertops and thusly warranted a condition adjustment.

**Additional Remark: This comparable was included in order to demonstrate the marketability of the subject's market area.**

**Sales comments:** all comparables selected offer good overall similarities to the subject and are representative of similar age and size offering similar buyer appeal.

Case 10-06191-jb    Doc 1    Filed 04/16/10    Entered 04/16/10 13:52:13    Desc Main
Case 09-85818-jb    Doc 20    Filed 12/07/09    Entered 12/07/09 13:41:07    Desc Main
Document    Page 22 of 35

Main File No. 2686 SUMMERFIELD COURT_DELISFORT] Page # 13 of 26]

## Comment Addendum

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | File No. 2686 SUMMERFIELD COURT |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |

**GENERAL COMMENTS**

**Mandatory Georgia Comment:** My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the georgia real estate appraiser classifications and regulation act and the rules and regulations of the Georgia Real Estate appraisers board. [Real Estate Appraiser Classification and Regulation Act paragraph 539-3.02(1)(m) as amended august 1, 2006]

This report was completed and packaged for Delivery by the staff of Princetonvaluation

Neither this appraiser nor anyone affiliated with Princetonvaluation was biased with respect to the property that is identified to be the subject property in this property appraisal report.

**Comments regarding the subject property:** A formal home inspection report for the subject property was not provided to the appraiser. The appraiser assumes all mechanical, electrical, plumbing systems, and HVAC components are in adequate working order; and that no foundation or structural problems exist; and the roof system is in adequate condition. The appraiser does not have the skill or expertise needed to determine the functionality of these items. If there are any questions concerning their condition or adequacy, they should be answered by a structural engineer and/or systems specialist. The appraiser could not verify the exact insulation "r" rating. It is assumed insulation of the subject property is adequate unless otherwise stated.

Commercial and/or industrial development, if any, within the subject neighborhood is typically located primarily along major traffic arteries, and does not adversely affect the subject property's value or marketability.

**Site:** A current survey is recommended to verify lot site and flood zone. Reasonable effort was employed in order to locate the current survey and may/may not have been obtained for reviewed.

**Comments regarding the sales comparison approach:** The appraiser has selected three or more sales of properties most similar to the subject property and which are located in the subject property's marketing area (typically within 1 mile unless the property is unique and/or located within an area of limited sales activity). Adjustments have been made by the appraiser based on his/her professional judgment, experience and knowledge of the selected market. Each adjustment has been made to reflect the value of that item as it is perceived by the typical buyer in the residential single family market. No adjustments have been made on a dollar-for-dollar value.

If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject property. If significant items are inferior to, or less favorable than the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject property.

The comparables chosen were used because they are considered to be the most current and the best available as indicators of the single family residential market. The comparables are the most similar to the subject in proximity, size, age, appeal, design and functional use that were found after a thorough search of available market data including the REDLINK (preferred data source), county tax records, FMLS, and Georgia MLS data sources. Since all adjustments were based on current appraisal principles, the appraiser feels that the value estimate indicated is an accurate, reasonable and justifiable present fair opinion of market value for the subject property.

**Gross Living Area:** The gross living area calculations for the subject property are based on the measurement of the exterior and/or interior dimensions(fee simple attached) during the physical inspection of the subject property. The gross living area (GLA) includes all areas located on the interior of the subject property which are heated, cooled, finished, above grade with adequate fenestration. All other areas have been excluded and have been considered as additions to the gross living area. While it is always the appraisers goal to obtain the most comparable sales, this is not always possible and the comparables have been adjusted accordingly. Comparables with less than 100 square foot difference from the subject have not been adjusted.

*Drive by GLA is based on best available tax or Market Data Center(Redlink) records since no interior inspection was made.

Additions and extras may include the following: special lighting, terrace, patio, deck, breezeway, kitchen appliances, swimming pool, fireplaces, porch, stoop, surface grill, built-ins, lawn sprinkler system, special floor coverings, special wall/ceiling configuration, ceiling fan, garage, guest quarters, zone heating/air condition, special fenestration, special doors, special energy efficient items, security system, interior vacuum system and special trim/molding.

Consideration was given to accrued physical depreciation that is usually defined as normal wear and tear to the improvement that is acceptable to the market. No functional (lay-out) or external (outside) obsolescence was considered to be significant and had no influence on the market value of the subject property, unless otherwise stated.

Site Improvements "as is" (concrete/brick driveway, landscaping, concrete/brick walkway, parking areas, retaining walls, fences) were taken into consideration and noted in the cost approach to value. The consideration value given may not be the actual cost of these improvements, but rather what the typical buyer would pay for the existing improvements.

**Effective Age of the Subject Property:** Adjustments for the effective age were made on the condition line of the Sales Comparison Approach section of this report.

The following condition definitions were used:
**Excellent-** The condition was superior to the condition of competing properties.
**Good-** The condition was better than the condition of competing properties.
**Average-** The condition was comparable to the condition of competing properties.
**Fair-** The condition was not as good as the condition of competing properties.
**Poor-** The condition was inferior to the condition of competing properties.

Condition of the comparable sales and listing were derived from speaking with the listing agents of each comparable sale or listing and interior photographs associated with the MLS / FMLS record if available. The photographs included in this report will assist in describing the subject's condition.

**Time Adjustments on the Appraisal Report:** If the subject was located in a declining market area as shown in the market analysis section of this report and the associated Fannie Mae 1004MC form. Than as a result, time adjustments were necessary. These time adjustments were based on data presented in the aforementioned graph and data. The adjustment rate used was calculated by comparing the difference in median sales on the date of the Comparable sale and the effective date of this report and using that rate as the adjustment factor. [Fannie Mae Selling Guide, Part XI, Section 406.05D: Date of sale/time adjustment]

| | | | |
|---|---|---|---|
| Signature _Stephen Chamblee_ | | Signature _____ | |
| Name STEPHEN P. CHAMBLEE | | Name _____ | |
| Date Signed November 21, 2009 | | Date Signed _____ | |
| State Certification # GACR252224 | State GA | State Certification # _____ | State _____ |
| Or State License # _____ | State _____ | Or State License # _____ | State _____ |

Form TADD2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 2686 SUMMERFIELD COURT DELISFORT Page #14 of 20

## Comment Addendum

| | | File No. 2686 SUMMERFIELD COURT |
|---|---|---|
| Borrower/Client | DUCKENS & GILBERTE DELISFORT | |
| Property Address | 2686 SUMMERFIELD COURT | |
| City | LAWRENCEVILLE | County GWINNETT | State GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | |

**Neighborhood Boundaries and the Selection of Comparable Sales:** Absent a credible real estate appraisal explanation for a different market area, the market area for residential properties shall be presumed to be comparable properties located first within the same subdivision as the subject and second located within one mile of the subject." [Paragraph 539-3-.02(1)(c)2.d. as approved by the Georgia Real Estate Appraisers Board]

For properties that are in established subdivisions or for units in established condominium or PUD projects that have resale activity, the appraiser should use comparable sales from within the same subdivision or project as the subject property if there are any available. Resale activity from within the subdivision or project should be the best indicator of value for properties in that subdivision or project. If the appraiser uses sales of comparable properties that are located outside of the subject neighborhood, he or she must include an explanation with the analysis." [FNMA Selling Guide, Part 11, paragraph 406.2]

**Definition of Market Value:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated: (2) both parties are well informed or well advised, and each acting in what he considers his own best interest: (3) a reasonable time is allowed for exposure in the open market: (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions by anyone associated with the sale. The definition was taken form the National Residential Appraisers Institute.

**Comments on Digital Photography:** The digital images utilized in this report are true and accurate representations of the subject and comparable properties. These images have not been altered or augmented in any way.

**Comments on Digital Signatures:** The digital signatures utilized in this report were taken from the original signatures furnished by the appraisers. The appraisers signature affixed in this report was actually the inspecting appraisers signature. The software program utilized in this report provides a security feature that protects the integrity of the appraisers signature by a password protection system and the appraiser has the sole personalized control of affixing the signature.

An electronically affixed signature carries the same level of authenticity and responsibility as an ink signature on a paper copy report.

**Comments Regarding Market Conditions and Mortgage Financing:** No adjustment for financing was made unless otherwise stated, as these were considered to be typical and prevalent transactions in this market. It would appear from the analysis of the market that there is not a prevalence of loan discounts, interest buydowns and/or concessions which would have an impact on the subject property's market value, unless otherwise stated in the report.

**Comments Concerning Subject County Tax Valuation:** The stated value in this report may not correlate with the market value as stated in county tax records.

**Verification of Sales Transactions:** The appraiser was required to verify the data with a party that does not have a financial interest in the subject transaction. However, when appraising new construction, the appraiser may need to rely solely on the builder of the property they are appraising to provide comparable sales data, as this data may not yet be available through typical data sources such as public records or multiple listing services. In this scenario, it is acceptable for the appraiser to verify the transaction of the comparable sale by viewing a copy of the HUD-1 Settlement Statement from the builder's file. The subject and comparable sales were considered new construction and verification was by viewing a copy of the HUD-1 Settlement Statement from the builder's file or builder's representatives file as referenced on the Verification Source(s) line of the Sales Comparison approach section of this report. [Fannie Mae Selling Guide, Part XI, Section 406.01: Sources of Comparable Market Data]

**Conclusion:** This electronically transmitted report meets uspap reporting requirements. Steps have been appropriately taken to protect the data integrity of this transmitted report.

We are dedicated in providing our clients and intended users with the highest quality property valuation reporting product within the collateral valuation services industry. If any information presented within this report appears to be unclear, inaccurate and/or our opinion of value is not properly explained, call us immediately so that we can provide additional information and/or handle this matter in an appropriate and most expeditious manner. VOICE: 404-271-3139 / FAX: 404-529-4458 / EMAIL: reports@princetonvaluation.com

| | | |
|---|---|---|
| Signature | Signature | |
| Name STEPHEN P. CHAMBLEE | Name | |
| Date Signed November 21, 2009 | Date Signed | |
| State Certification # GACR252224 | State GA | State Certification # | State |
| Or State License # | State | Or State License # | State |

Form TADD2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 2686 SUMMERFIELD COURT_DELISFORT Page # 15 of 26

## Subject Photo Page

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code | 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |



**Subject Front**

| | |
|---|---|
| 2686 SUMMERFIELD COURT | |
| Sales Price | |
| Gross Living Area | 2,384 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.29 ACRES |
| Quality | BRICK/FRAME/AV |
| Age | 1994 - 15 YEARS |



**Subject Rear**



**Subject Street**

## Photograph Addendum

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | |
|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | |
| City | LAWRENCEVILLE | County GWINNETT | | State GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | |



**FRONT VIEW**

Comments:



**REAR VIEW**

Comments:



**RIGHT SIDE**

Comments:



**LEFT SIDE**

Comments:

**Photograph Addendum**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code | 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | | |



LIVING ROOM



DINING ROOM



KITCHEN



KITCHEN



BREAKFAST AREA



HALF BATH

PHOTO File No. 2666 SUMMERFIELD COURT DELISFORT Page # 18 of 26

## Photograph Addendum

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2666 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code | 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |



**LAUNDRY**



**OWNERS BEDROOM**



**OWNERS FULL BATH**



**GARDEN TUB IN OWNERS FULL BATH**



**2 STORY FAMILY ROOM**



**BEDROOM**

Form PICSIX2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | |
|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | |
| City | LAWRENCEVILLE | County GWINNETT | | State GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | |



### Comparable 1

690 WYNDHAM PLACE CIRCLE
| | |
|---|---|
| Prox. to Subject | 0.08 miles SW |
| Sales Price | 187,000 |
| Gross Living Area | 2,240 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.28 ACRES |
| Quality | BRICK/FRAME/AV |
| Age | 1993 - 16 YEARS |



### Comparable 2

2681 SUMMERFIELD COURT
| | |
|---|---|
| Prox. to Subject | 0.05 miles NW |
| Sales Price | 137,000 |
| Gross Living Area | 2,356 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.45 ACRES |
| Quality | BRICK/FRAME/AV |
| Age | 1994 - 15 YEARS |



### Comparable 3

775 WYNDHAM PLACE CIRCLE
| | |
|---|---|
| Prox. to Subject | 0.13 miles NW |
| Sales Price | 151,000 |
| Gross Living Area | 2,633 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.30 ACRES |
| Quality | STUCCO/FRM/AVG |
| Age | 1998 - 11 YEARS |

**Comparable Photo Page**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | |
|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | |
| City | LAWRENCEVILLE | County GWINNETT | | State GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | |



### Comparable 4

**820 MINOR CREEK WAY**

| | |
|---|---|
| Prox. to Subject | 3.16 miles SW |
| Sales Price | 151,000 |
| Gross Living Area | 2,168 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.13 ACRES |
| Quality | BRICK/FRAME/AV |
| Age | 2003 - 6 YEARS |



### Comparable 5

**3047 CRYSTAL GATE PLACE**

| | |
|---|---|
| Prox. to Subject | 2.03 miles S |
| Sales Price | 132,400 |
| Gross Living Area | 2,021 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.33 ACRES |
| Quality | BRICK/FRAME/AV |
| Age | 1996 - 13 YEARS |

### Comparable 6

**3250 OAKTREE PARK DRIVE NW**

| | |
|---|---|
| Prox. to Subject | 1.28 miles SW |
| Sales Price | 165,000 |
| Gross Living Area | 2,429 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | SUBURB/AVG |
| View | RESIDENTIAL |
| Site | +-0.21 ACRES |
| Quality | STUCCO/FRM/AVG |
| Age | 1995 - 14 YEARS |

**Building Sketch**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |



MAIN LEVEL                    UPPER LEVEL

FRONT

Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | MAIN LEVEL | 1098.1 | 1098.1 |
| GLA2 | UPPER LEVEL | 1319.5 | 1319.5 |
| P/P | CONCRETE PATIO | 204.5 | 204.5 |
| GAR | 2 CAR ATTACHED | 542.5 | 542.5 |
| | | | |
| Net LIVABLE Area | | (Rounded) | 2418 |

| LIVING AREA BREAKDOWN | | | |
|---|---|---|---|
| | Breakdown | | Subtotals |
| MAIN LEVEL | | | |
| | 11.0 x | 27.0 | 297.0 |
| | 5.0 x | 22.5 | 112.5 |
| 0.5 x | 2.0 x | 2.0 | 2.0 |
| | 3.0 x | 10.5 | 31.5 |
| | 12.5 x | 22.5 | 281.3 |
| | 6.0 x | 30.0 | 180.0 |
| | 2.3 x | 13.5 | 31.1 |
| | 1.0 x | 3.0 | 3.0 |
| | 4.0 x | 8.8 | 35.0 |
| | 2.0 x | 5.0 | 10.0 |
| 0.5 x | 2.0 x | 2.0 | 2.0 |
| 0.5 x | 1.8 x | 2.0 | 1.8 |
| | 3.0 x | 37.0 | 111.0 |
| UPPER LEVEL | | | |
| | 11.0 x | 27.0 | 297.0 |
| | 6.5 x | 34.5 | 224.3 |
| | 13.0 x | 25.5 | 331.5 |
| | 4.0 x | 6.0 | 24.0 |
| | 10.5 x | 22.5 | 236.3 |
| | 11.8 x | 17.5 | 206.5 |
| | | | |
| 19 Items | | (Rounded) | 2418 |

**Plat / Site Map**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |



Main File No. 2686 SUMMERFIELD COURT_DELISFORT Page #23 of 26

### Location Map

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code | 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Location Map**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |



**Flood Map**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |



Main File No. 2686 SUMMERFIELD COURT_DELISFORT Page #26 of 26

**License**

| Borrower/Client | DUCKENS & GILBERTE DELISFORT | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2686 SUMMERFIELD COURT | | | | | |
| City | LAWRENCEVILLE | County | GWINNETT | State | GA | Zip Code | 30044-7403 |
| Client | DUCKENS & GILBERTE DELISFORT | | | | | |

# STATE OF GEORGIA
# REAL ESTATE APPRAISERS BOARD

### STEPHEN P CHAMBLEE

#### 252224

IS AUTHORIZED TO TRANSACT BUSINESS IN GEORGIA AS A

## CERTIFIED RESIDENTIAL REAL PROPERTY APPRAISER

CHARLES B. BRAMLETT
Chairperson

WILLIAM R. COLEMAN, JR.

SANDRA MCALISTER WINTER
Vice Chairperson

PATRICIA K LOVE

D. SCOTT MURPHY

STEPHEN P CHAMBLEE
#    252224
Status    ACTIVE
CERTIFIED RESIDENTIAL REAL PROPERTY APPRAISER

ORIGINALLY LICENSED
04/07/2002
END OF RENEWAL
03/31/2016

Real Estate Commissioner
JEFFREY LEDFORD

## IMPORTANT - Read Carefully